IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES S. DEHART, et al.,** : **CIVIL ACTION** | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **HOMEQ SERVICING CORPORATION, et al.** : **No. 11-416** | |
| Defendants. : | |
| : | |

### ORDER

**AND NOW**, this 22nd day of September, 2014, upon consideration of the "Motion for Summary Judgment of Defendants, Wells Fargo Bank, N.A., HomEq Servicing Corporation, and Wachovia Bank of Delaware, N.A." (doc. nos. 92-93), the "Motion of Defendants, Milstead & Associates, LLC, Michael Milstead and Greg Wilkins, for Summary Judgment" (doc. nos. 94-95), and the responses and replies thereto, it is **ORDERED** that:

1. The motion for summary judgment of Defendants Wells Fargo Bank, N.A., HomEq Servicing Corporation, and Wachovia Bank of Delaware, N.A is **GRANTED** in part and **DENIED** in part.  The motion is denied with respect to costs and fees incurred with setting aside the inappropriate foreclosure sale, but granted as to all the other categories of damages for which Plaintiffs claim.

2. The motion for summary judgment of Defendants Milstead & Associates, LLC, Michael Milstead and Greg Wilkins is **GRANTED** in its entirety.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**